UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI M. BAKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GALORZA, et al.,<br><br>　　　　　Defendants. | Case No. 5:20-cv-01427-JWH-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

1   Pursuant to 28 U.S.C. § 636, the Court has reviewed the Original Complaint,
2 the First Amended Complaint, and the operative Second Amended Complaint, the
3 United States Magistrate Judge's Orders screening and dismissing the Original and
4 First Amended Complaints with leave to amend ("Screening Orders"), and all of
5 the records herein, including the February 10, 2022, Report and Recommendation
6 of United States Magistrate Judge ("Report and Recommendation").  The Court
7 approves and accepts the Screening Orders and the Report and Recommendation.
8   IT IS HEREBY ORDERED that (1) the Second Amended Complaint is
9 dismissed without leave to amend; (2) this action is dismissed; and (3) Judgment
10 shall be entered accordingly.
11   IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
12 the Judgment herein on plaintiff and any counsel for defendants.
13   IT IS SO ORDERED.

15 DATED: _____June 13, 2022_____

HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE