JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI M. BAKER, | Case No. 5:20-cv-01427-JWH-JC |
| Plaintiff, | JUDGMENT |
| v. | |
| GALORZA, et al., | |
| Defendants. | |

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that Judgment be entered dismissing the operative Second Amended Complaint without leave to amend and dismissing this action.

    IT IS SO ADJUDGED.

DATED: June 13, 2022

_____
HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE